UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


ARANTZA CASTRO,                                          CASE NO. 1:26-cv-22073-WPD

       Plaintiff,

vs.

INTUIT INC.
D/B/A TURBO TAX

       Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff, ARANTZA CASTRO through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against INTUIT INC. D/B/A TURBO TAX.


      Submitted by:

      Mendez Law Offices, PLLC
      Attorneys for Plaintiff
      P.O. BOX 228630
      Miami, Florida 33172
      Telephone: 305.264.9090
      Facsimile: 305.809.8474
      Email:info@mendezlawoffices.com
      By:      /s/
      DIEGO GERMAN MENDEZ, ESQ.
      FL BAR NO.: 52748

###